# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-CV-00344-GCM

| | |
|---|---|
| JONATHAN THOMAS,<br><br>**Plaintiff,**<br><br>v.<br><br>SABER HEALTHCARE GROUP, LLC<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court upon its own Motion. Due to outstanding issues that must be resolved before trial, the Court continues the trial to June 15, 2020.

**SO ORDERED.**

Signed: January 22, 2020

Graham C. Mullen
United States District Judge

1