IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-CV-00344-GCM

| | |
|---|---|
| JONATHAN THOMAS,<br><br>**Plaintiff,**<br><br>v.<br><br>SABER HEALTHCARE GROUP, LLC<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court upon its own Motion. Due to outstanding issues that must be resolved before trial, the Court continues the trial to a date to be determined.

**SO ORDERED.**

Signed: May 6, 2020

Graham C. Mullen
United States District Judge